RECEIVED

SEP 12 2017

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| DPC | : | DOCKET NO. 2:17-cv-24 |
| DOC # 536196 | | SECTION P |
| VERSUS | : | JUDGE JAMES T. TRIMBLE, JR. |
| CALVIN JOHNSON | : | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the lack of objections to the Report and Recommendation;

**IT IS ORDERED** that the petitioner's *habeas* petition be and hereby is **DENIED**, and that the above captioned matter be and hereby is **DISMISSED WITH PREJUDICE**. It is also **ORDERED** that the petitioner's civil rights claims be **DENIED** and **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction.

**THUS DONE** in Alexandria, Louisiana on this 12 day of September, 2017.

_____
JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE